CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

Sept. 30, 2016

JULIA C. DUDLEY, CLERK
BY: A. Melvin
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOYCE WERTMAN** ) | |
| *Administrator of the Estate of William J. Lovell*, ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No.: 7:15cv466 |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA.,** ) | By: Hon. Robert S. Ballou |
| ) | United States Magistrate Judge |
| ) | |
| **Defendant.** ) | |
| ) | |

## REPORT

As a result of the mediation proceedings held on September 29, 2016, the undersigned hereby **REPORTS** that the parties have not settled this matter at this session. Parties interested in continuing settlement discussions with the assistance of the Magistrate Judge are encouraged to contact the undersigned at any time.

The Clerk of the Court is directed to send a certified copy of this Report to all counsel of record.

Entered: September 29, 2016

/s/ *Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge